```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION


MARSHA LANSER and DENNY LANSER,    )
                                   )
          Plaintiffs,              )
                                   )
     vs.                           )    No. 4:09CV877-DJS
                                   )
MGM MIRAGE d/b/a Excalibur Hotel   )
and Casino,                        )
                                   )
          Defendant.               )
```

## JUDGMENT

Pursuant to the order separately entered herein this day,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that plaintiffs' complaint is dismissed without prejudice for improper venue.


Dated this ___30th_____ day of November, 2009.


                                        /s/Donald J. Stohr
                                        UNITED STATES DISTRICT JUDGE